UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

ADVANTAGE PRINTING SPECIALISTS CORP.

        Debtor                                No. 7-02-16431-MA

## REPORT TO THE COURT OF UNCLAIMED FUNDS
## TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the

Court that I will deposit the total sum of $2,926.84 with the Clerk of the Court for

transmission to the United States Treasury.  These monies represent unclaimed funds.

All known names and addresses of the entities and the amount which they are entitled

to be paid are listed here:

| | | |
|---|---|---|
| The Leslie Company<br>15290 S Keeler<br>Olathe, KS 66062 | Claim #7 | $376.65 |
| Media Master CPI<br>77 Park Street<br>Ridgefield Park, NJ 07660 | Claim #30 | $108.28 |
| CDW Leasing LLC<br>c/o Carol Riley Esq.<br>7145 SW Varans St.<br>Portland, OR  97223-8018 | Claim #34 | $734.33 |
| Courier<br>10300 N Central Expressway 203<br>Dallas, TX 75231 | Claim #36 | $309.72 |
| Sunray Trade Bindery<br>2520 San Mateo Blvd NE<br>Albuquerque, NM 87110 | Claim #37 | $373.06 |
| Add To It Designs<br>40 Montano Rd NE STE 5<br>Albuquerque, NM 87107 | Claim #39 | $1,024.80 |

Filed electronically

Philip J. Montoya
Chapter 7 Trustee
PO Box 159
Albuquerque, NM  87103
Tel: (505) 244-1152
Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to ustpregion20.aq.ecf@usdoj.gov this 28th day of January, 2009.

Filed electronically

Philip J. Montoya